IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DAVID HACKMAN**                                                                       **PLAINTIFF**

VS.                                                      CIVIL ACTION NO. 3:25-CV225-MPM-JMV

**WWEC HOLDINGS III CORP**                                         **DEFENDANT**

**ORDER**

       This cause comes before the court on its own motion, addressing certain recusal issues in this case. This court has, in the past, recused itself from cases involving counsel for defendant, based on a close personal friendship which exists between us. Recently, however, this court has become aware that all other active district judges in this district also have recusal issues with defendant's law firm. In light of this fact, this court has considered whether simple necessity would require it to change its recusal policy relating to counsel for defendant. As it happens, however, this court takes judicial notice of the fact that President Trump recently nominated two new district judges to this district. It therefore seems highly likely that this district will soon have a district judge who is able to handle this case without any arguable recusal issues. In light of this fact, this court concludes that it should retain jurisdiction over this case until such time as a new district judge has been confirmed by the U.S. Senate.

       In order to preserve the status quo, this court will stay this case as to any dispositive motions until such time as this occurs, and it will administratively dismiss, without prejudice, the motion to dismiss and/or to transfer which defendant filed today. Defendant may simply refile this motion once a new district judge has been assigned to this case. This will ensure that the applicable Civil Justice Reform Act deadlines on the motion do not begin to run against the new judge until such time as he actually has jurisdiction over it. In the meantime, this court will

1

continue to handle agreed and non-controversial motions in this case, such as the motion to seal recently filed by defendant. Counsel for plaintiff has notified this court that his client has no objection to defendant's motion, and Exhibit D to defendant's motion will therefore be sealed from public access only, with CM/ECF access permitted to the litigants' counsel.

This, the 26th day of August, 2025.

  /s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI